UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | No. 3:13-00122 |
| v. | ) | Aleta A. Trauger |
| | ) | Judge, U.S. District Court |
| | ) | |
| JAMES ROBERT JONES | ) | |

MOTION TO CONTINUE TRIAL AND TO
EXTEND THE PRETRIAL MOTION FILING DEADLINE

**COMES** now the accused, **JAMES ROBERT JONES,** through counsel, Assistant Federal Public Defender, Dumaka Shabazz, and moves this Honorable Court to enter an order continuing the trial in this matter presently scheduled for Tuesday, January 28, 2014, at 9:00 a.m. Furthermore, counsel moves, pursuant to the Federal Rules of Criminal Procedure Rule 12(c), that this Honorable Court grant an extension of the pretrial motions filing deadline. In support of the foregoing motion, it is respectfully represented to this Honorable Court the following:

Mr. Jones is charged with 1) Bank Fraud, 2) Aggravated Identity Theft, 3) False Statement To A Financial Institution, 4) Aggravated Identity Theft, 5) False Statement, and 6) Tampering With A Witness. Counsel needs additional time to investigate and research issues in the case. Additionally, Counsel has been diligent in communications with the Government that may lead to a disposition. The Government has no opposition to this motion.